No. 65044.—General Chain & Belt Co. *v.* United States, protest 59/32477 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of extractors and parts thereof in chief value of metal the same in all material respects as those the subject of *General Chain & Belt Co. v. United States* (40 Cust. Ct. 5, C.D. 1948), the claim of the plaintiff was sustained.

No. 65045.—D. J. Ambrosio *v.* United States, protests 60/5844, etc. (New York).

Opinion by LAWRENCE, J.   There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protests were overruled.

No. 65046.—Mayer Boat Company *v.* United States, protest 60/6735 (New York).

Opinion by LAWRENCE, J.   Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE THIRD DIVISION, JANUARY 17, 1961

No. 65047.—Emile Schulingkamp Co. *v.* United States, protests 309731–K, etc. (Galveston).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al v. United States* (44 Cust. Ct. 216, C.D. 2177), the merchandise was held dutiable as follows: (a) As to all items entered, or withdrawn from warehouse, for consumption on and after January 1, 1948, and prior to September 10, 1955, at 20 cents per dozen articles, but not less than 7½ percent nor more than 25 percent ad valorem, under paragraph 210, as modified by the General Agreement on Tariffs and Trade (T.D. 51802) ; and (b) as to all items entered, or withdrawn from warehouse, for consumption on and after September 10, 1955, at 12½ percent, if valued under $1.50 per dozen articles, or at 6¼ percent, if valued at $1.50 or more per dozen articles, under paragraph 210, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877).